UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-61-BR-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANNON LYTLE-FAIDY | **ORDER** |

This matter is before the court on defendant's unopposed motion to continue the sentencing hearing and motion to seal the same. For good cause shown, the motions are ALLOWED. Sentencing is CONTINUED to 6 February 2012.

This 8 September 2011.

                                                    W. Earl Britt
                                                    Senior U.S. District Judge