UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-61-1-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REGGIE ANDRE BECKTON | ) | |
| | ) | |
| | ) | |

On 31 October 2011, the court held a hearing to determine defendant's competency to stand trial. For the reasons stated during that hearing, the court concludes that, as of the date of this order, the defendant is competent to stand trial.

This 1 November 2011.

W. Earl Britt
Senior U.S. District Judge