UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00061-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| REGGIE ANDRE BECKTON | ) | |
| Defendant | ) | |

This matter is before the court on defense counsel's motion to withdraw, motion to file that motion under seal, and motion to continue. For good cause shown, the motions are ALLOWED. The Federal Public Defender is DIRECTED to appoint new counsel for defendant. Arraignment and trial are CONTINUED to 3 January 2012. Because new counsel has been appointed and needs additional time to prepare, the court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial. Any delay shall be excluded from speedy trial time calculation. 18 U.S.C. § 3161(h)(7)(A). Finally, the court notes that defense counsel filed the motion to seal under seal. No privileged information is revealed in the motion to seal, and accordingly, the Clerk is DIRECTED to make the motion to seal available for public view.

This 23 November 2011.

W. Earl Britt
Senior U.S. District Judge