UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00061-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| ) | |
| REGGIE ANDRE BECKTON ) | |
| Defendant ) | |

This matter is before the court on defendant's *pro se* motions filed 1 December 2011, and the government's motion to dismiss the same. Because defendant is represented by counsel, the government's motion to dismiss is ALLOWED, and defendant's motions are DISMISSED.

This 13 December 2011.

_____
W. Earl Britt
Senior U.S. District Judge