UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00061-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| REGGIE ANDRE BECKTON ) | |
| ) | |

This matter came before the court for hearing on defense counsel's motion to withdraw. As stated in open court, the motion is ALLOWED, and the Federal Public Defender is DIRECTED to appoint additional counsel to represent the defendant. Arraignment and trial are CONTINUED to 7 May 2012. Because newly appointed counsel will need time to prepare, the court finds that the ends of justice served by granting this continuance outweigh the bests interests of the public and the defendant in a speedy trial. Any delay shall be excluded from speedy trial time calculation. 18 U.S.C. § 3161(h)(7)(A).

This 12 March 2012.

W. Earl Britt
Senior U.S. District Judge