IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-00061-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGGIE ANDRE BECKTON | ) | |

This cause comes before the Court upon Defendant's "Application and Motion for Orders to Produce Medical, Social Services, Educational and Correctional Records of Defendant." (DE-140). Defendant has also filed a motion to seal the foregoing motion. (DE-142).

Local Criminal Rule 47.1(b) provides as follows:

> Except for motions which the clerk may grant as specified in Local Criminal Rule 56.1, all motions made other than in a hearing or trial shall be filed with an accompanying supporting memorandum in the manner prescribed by Local Criminal Rule 47.2(a). Where appropriate, motions shall be accompanied by affidavits or other supporting documents.

Here, Defendant has not filed a memorandum in support of either of his motions. The motions (DE-140, DE-142) are therefore DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 9th day of April, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE